# MAYER|BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Jennifer M. Rosa**
Partner
T: +1 212 506 2374
F: +1 212 849 5874
JRosa@mayerbrown.com

December 17, 2021

VIA ECF

The Honorable Loretta A. Preska
United State District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-20-21

Re:   *Greenberg, et al. v. Citibank, N.A.*, No. 1:21-cv-08740-LAP (S.D.N.Y.)

Dear Judge Preska,

We represent Defendant Citibank, N.A. ("Citibank") in the above-captioned matter. We write to respectfully request that the Court enter a stay of proceedings in this matter pending the resolution of Bank of America's appeal to the Second Circuit in *Hymes v. Bank of America, N.A.*, No. 1:18-cv-02352 (E.D.N.Y.). We have conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this request.

As in *Hymes*, Plaintiffs here allege a violation of New York General Obligations Law § 5-601, which purports to require the payment of interest on escrow accounts maintained in connection with mortgage loans. *See* Compl. ¶ 1 (ECF 1). Further, as in *Hymes*, a core question in this case is whether the National Banking Act preempts the New York General Obligations Law § 5-601 on this issue.

In related case *347 Townhouse, LLC, et al. v. Citibank, N.A.*, No. 1:19-cv-00542-LAP (S.D.N.Y.), in which Citibank is also the defendant, this Court similarly took "off the calendar" the motion to dismiss briefing, pending the resolution of *Hymes*, because of the centrality of the issue before the Second Circuit. *See 347 Townhouse, LLC, et al. v. Citibank, N.A.*, No. 1:19-cv-00542-LAP, Order (S.D.N.Y. Sept. 22, 2022) (ECF 58). Incorporating the reasons for the Court's stay in *347 Townhouse, LLC*, and on the basis of the significance of the question before the Second Circuit in *Hymes*, Citibank respectfully requests a stay of proceedings in this case pending resolution of the appeal in *Hymes*.

Respectfully submitted,

SO ORDERED
/s/ *Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

12/20/21

/s/ *Jennifer M. Rosa*
Jennifer M. Rosa

*Attorney for Defendant Citibank, N.A.*

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).